Case 1:21-cv-10155-ALC   Document 9-1   Filed 03/25/22   Page 1 of 3

# EXHIBIT A



