UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

SONIA SPATES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                Plaintiffs,

-against-

UBER TECHNOLOGIES, INC.,

                Defendant.

------------------------------------------------------------------x

Index No. 1:21-cv-10155

Hon. Andrew L. Carter, Jr.

## DEFENDANT'S STATUS REPORT

MORRISON & FOERSTER LLP

Claudia M. Vetesi
Tiffany Cheung
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
CVetesi@mofo.com
TCheung@mofo.com

Lauren N. Margolies
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8000
LMargolies@mofo.com

*Attorneys for Defendant*
*Uber Technologies, Inc.*

Pursuant to the Court's March 31, 2023 Order (Dkt. No. 20), Defendant Uber Technologies, Inc. ("Uber"), by and through its undersigned counsel, submits this Status Report.

## Relevant Procedural History

1. Plaintiff filed this action against Uber on November 30, 2021.  (Dkt. No. 1.)

2. On March 25, 2022, Uber filed its Motion to Compel Arbitration.  (Dkt. No. 7-8.)

3. On March 31, 2023, this Court granted Uber's Motion to Compel Arbitration and stayed the case pending resolution of the arbitration.  (Dkt. No 20.)  In that same Order, this Court directed the parties to "provide a status report within 30 days of the completion of the arbitration or within six months of the date of this order, whichever is sooner." *Id*.

4. On April 14, 2023, Plaintiff filed a Motion for Reconsideration of the Court's Order compelling arbitration.  (Dkt. No 21.)

5. On April 28, 2023, Uber filed an Opposition to the Motion for Reconsideration.  (Dkt. No. 22.)

6. On May 5, 2023, Plaintiff filed her Reply in Support of the Motion for Reconsideration.  (Dkt. No 24.)

## Current Status

7. The Motion for Reconsideration is fully-briefed.  Plaintiff has not commenced arbitration of her claims.

      Respectfully Submitted,

Dated: October 2, 2023

**MORRISON & FOERSTER LLP**

*/s/ Lauren N. Margolies*

Lauren N. Margolies
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8000
LMargolies@mofo.com

Claudia M. Vetesi (admitted *pro hac vice*)
Tiffany Cheung (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
CVetesi@mofo.com
TCheung@mofo.com

*Attorneys for Defendant*
*Uber Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2023, I caused a copy of the foregoing to be served via CM/ECF on all counsel of record.

By: _____
Lauren N. Margolies